UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ALLISUN BREDEMEYER f/k/a
ALLISUN WINE,

Plaintiff,

v. CASE NO. 2:18-CV-595-FtM-99MRM

EVANS ENERGY PARTNERS, LLC,
a Delaware limited liability company,
SEMINOLE TRIBE OF FLORIDA, INC.,
a United States corporation,
ASKAR ENERGY PARTNERS, LLC,
a Florida limited liability company,
MID-STATE ENERGY, INC.,
a Florida corporation,
ASKAR MANAGEMENT GROUP, LLC,
a Michigan limited liability company,
RELIASTAR LIFE INSURANCE COMPANY,
a Minnesota corporation,

Defendants.
_______________________________________/

**JOINT STIPULATION REGARDING MEDIATION AND MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Allisun Bredemeyer f/k/a Allisun Wine, and Defendants Evans Energy Partners, LLC, Seminole Tribe of Florida, Inc., Askar Energy Partners, LLC, Mid-State Energy, Inc., Askar Management Group, LLC, and Reliastar Life Insurance Company, hereby respectfully move this Court for an extension of the deadline for Defendants to respond to the First Amended Complaint. In support of their joint motion, the parties state as follows:

1. The parties mediated this matter on February 27, 2019.

2. The parties reached an agreement on terms and all parties have executed the settlement agreement memorializing the terms (the "Settlement Agreement").

3. Under the terms of the Settlement Agreement, the settlement payment is due from the parties by April 12, 2019. Once payment is received, the parties will file a dismissal of Plaintiff's claims with prejudice and this matter will be fully resolved.

4. The current deadline for all Defendants to respond to the First Amended Complaint is April 2, 2019.

5. The parties respectfully request that the deadline to respond to the First Amended Complaint be extended to April 17, 2019.

6. The extension requested herein is for good cause and not to interpose undue delay in the administration of this case.

**WHEREFORE**, the parties jointly request that the deadline to respond to the First Amended Complaint be extended through and including April 17, 2019.

MCDOWELL HETHERINGTON LLP
Attorneys for Defendant
Reliastar Life Insurance Company
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By: __s/Kristina B. Pett__________
KRISTINA B. PETT
Fla. Bar No. 0973688
kristina.pett@mhllp.com

Dated: March 12, 2019

LAW OFFICES OF MICHAEL C. SEAMANDS, LLC
Attorney for Plaintiff
1401 S. Brentwood Blvd., Suite 825
St. Louis, MO 63144
(314) 802-7730
(314) 260-9645 fax

By: __s/Michael C. Seamands______________
MICHAEL C. SEAMANDS
MO Bar No. 77844
mcs@mcs-legal.com

Dated: March 12, 2019

YARNELL & PETERSON, P.A.
Attorneys for Defendants
Evans Energy Partners, LLC,
Askar Energy Partners, LLC,
Mid-State Energy, Inc., and
Askar Management Group, LLC
3431 Pine Ridge Road, Suite 101
Naples, FL 34109
(239) 566-2013
(239) 566-9561 fax

By: _s/Donald G. Peterson______________
DONALD G. PETERSON, ESQ.
Fla. Bar No. 711616
donpeterson@napleslaw.us

Dated: March 12, 2019

HOMER, BONNER & JACOBS
Attorneys for Defendant
Seminole Tribe of Florida, Inc
1200 Four Seasons Tower
1441 Brickell Ave., Suite 1200
Miami, FL 33131
(305) 350-5139
(305) 982-0063 fax

By: __s/Peter W. Homer________________
PETER W. HOMER, ESQ.
Fla. Bar No. 291250
phomer@homerbonner.com

Dated: March 12, 2019