UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ALLISUN BREDEMEYER f/k/a
ALLISUN WINE,

Plaintiff,

v. CASE NO. 2:18-CV-595-FtM-99MRM

EVANS ENERGY PARTNERS, LLC,
a Delaware limited liability company,
SEMINOLE TRIBE OF FLORIDA, INC.,
a United States corporation,
ASKAR ENERGY PARTNERS, LLC,
a Florida limited liability company,
MID-STATE ENERGY, INC.,
a Florida corporation,
ASKAR MANAGEMENT GROUP, LLC,
a Michigan limited liability company,
RELIASTAR LIFE INSURANCE COMPANY,
a Minnesota corporation,

Defendants.
_______________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Allisun Bredemeyer, by and through her undersigned counsel, and voluntarily dismisses all claims currently pending in the above-referenced matter with prejudice.

/s/ Michael C. Seamands
Michael C. Seamands #77844
Law Offices of Michael C. Seamands, LLC
1401 S. Brentwood Blvd, Suite 825
St. Louis, MO 63144
Tel: 314.802.7730
Fax: 314.260.9645
mcs@mcs-legal.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I served via ECF the foregoing on all counsel of record, including the following parties:

Donald G. Peterson
Yarnell & Peterson, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109

*Attorney for Defendants Evans Energy Partners, LLC, Askar Energy Partners, LLC, Mid-State Energy, Inc., Askar Management Group, LLC*

Peter W. Homer
Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131

*Attorneys for Defendant Seminole Tribe of Florida, Inc.*

Kristina B. Pett
McDowell Hetherington LLP
2101 N.W. Corporate Blvd, Suite 316
Boca Raton, FL 33431

*Attorney for Defendant ReliaStar Life Insurance Company*

/s/ Michael C. Seamands